AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| CHRISTOPHER SADOWSKI<br>*Plaintiff*<br>v.<br>TEXAS INSIDER, INC.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:23-CV-64-DAE<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Sadowski is thereby AWARDED statutory damages in the amount of $9,000.00, costs and attorneys' fees in the amount of $4,053.25, and court costs. Further, Defendant is permanently enjoined from using, reproducing, or displaying Sadowski's photographs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David Alan Ezra on a motion for Default Judgment.

Date: 07/26/2023

Philip J. Devlin
*CLERK OF COURT*

*Deanna Massie*
*Signature of Clerk or Deputy Clerk*